**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: February 9, 2026**

_____

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Joy Ellen Brolin
aka Joy Ellen Wilson

Case No.
8:25–bk–06671–RCT
Chapter 7

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULES C

   THIS CASE came on for consideration, without hearing, of the Amended Schedules C filed February 5, 2026, Doc. No. 27. The Amended Schedules C is deficient as follows:

   The Amended Schedules C does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013–3.

   .

   Accordingly, it is **ORDERED:**

   The Amended Schedules C is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.